# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-5257-JWH(E) | Date | July 20, 2021 |
|---|---|---|---|
| Title | MICHAEL FLETCHER v. LOS ANGELES COUNTY CHILD SUPPORT SERVICES DEPT. | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Valencia Munroe | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**     **Attorneys Present for Defendants:**

None                                             None

**Proceedings:**        (IN CHAMBERS)

On June 28, 2021, Defendants removed this action from Los Angeles Superior Court. On July 20, 2021, Plaintiff filed a Third Amended Complaint, which assertedly contains no federal claim and which alleges there is no diversity jurisdiction. Within twenty-one (21) days of the date of this Order, the parties shall show cause, if there be any, why this Court should not exercise its discretion to remand this action to the Superior Court. Failure timely to show such cause may be construed as consent to the remanding of the action.

Defendants need not file a response to the Third Amended Complaint until further order of this Court or, if the action is remanded, further order of the Superior Court.

cc:   Judge Holcomb
      Plaintiff
      All Counsel of Record                                          Initials of Deputy Clerk   VMUN