JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FLETCHER,<br><br>      Plaintiff,<br><br>  v.<br><br>LOS ANGELES COUNTY CHILD SUPPORT SERVICES DEPT., et al.,<br><br>      Defendants. | NO. CV 21-5257-JWH(E)<br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that this action is remanded to the Los Angeles County Superior Court.

///

1   IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order on Plaintiff and counsel for Defendants.

4   DATED: October 7, 2021.

         JOHN W. HOLCOMB
         UNITED STATES DISTRICT JUDGE

2